UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD SPRUEL,  )  Case No. C08-505-JCC-JPD
 )
 Petitioner,  )
 )
 v.  )
 )  ORDER OF DISMISSAL
STATE OF WASHINGTON,  )
 )
 Respondent.  )
_____ )

The Court, after careful consideration of petitioner's Writ of Mandamus Prohibition, all supplemental materials filed, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's Petition for Writ of Mandamus Prohibition (Dkt. No. 1) is DENIED and the case is DISMISSED without prejudice.

(3) Petitioner's IFP Application is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 15th day of August, 2008.

/s/ John C. Coughenour
John C. Coughenour
United States District Judge

ORDER DISMISSING § 2254 PETITION